No. 887. EUREKA PRODUCTIONS, INC. *v.* LEHMAN, GOVERNOR, ET AL.

Decided April 25, 1938. *Per Curiam:* The motion of the appellees to affirm is granted and the judgment is affirmed. *Mutual Film Corp.* v. *Ohio Industrial Comm'n,* 236 U. S. 230, 240, 241; *Mutual Film Corp.* v. *Kansas,* 236 U. S. 248, 258. *Mr. Henry Pearlman* for appellant. *Mr. Henry Epstein,* Solicitor General of New York, for appellees.

No. 965. TENNESSEE ELECTRIC POWER Co. *v.* ICKES, ADMINISTRATOR OF THE FEDERAL EMERGENCY ADMINISTRATION OF PUBLIC WORKS.

Decided April 25, 1938. *Per Curiam:* The motion of the appellee to affirm is granted and the decree of the District Court is affirmed. *Alabama Power Co.* v. *Ickes,* 302 U. S. 464; *Duke Power Co.* v. *Greenwood County,* 302 U. S. 485. *Mr. Spencer Gordon* for appellant. *Acting Solicitor General Bell* for appellees.

No. —, original. EX PARTE VICTOR J. EVANS. April 25, 1938. The motion for leave to file petition for writ of habeas corpus is denied.